1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
     Attorney for Plaintiff
4

5
                    UNITED STATES DISTRICT COURT
6
                   EASTERN DISTRICT OF CALIFORNIA
7
                          FRESNO DIVISION
8

9
   Gayle Winter,                    )   CASE NO. 1:11-CV-00977-AWI-BAM
10         Plaintiff,                )
                                     )
11        v.                         )
                                     )   STIPULATION AND ORDER
12 Commissioner of Social Security   )   FOR EXTENSION OF TIME TO SUBMIT
           Defendant.                )   PLAINTIFF'S CONFIDENTIAL BRIEF
13
          IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a
14
   first-time 14-day extension of time to submit a confidential brief. The extension is requested
15
   due to Plaintiff's attorney's workload demands and the number and complexity of the issues
16
   in this case. The current due date for Plaintiff's Confidential Brief is December 5, 2011. The
17
   new due date will be December 19, 2011.  The scheduling order should be modified
18
   accordingly.
19
   Dated: December 5, 2011              /s/ Sengthiene Bosavanh
20
                                        SENGTHIENE BOSAVANH, ESQ.
21                                      Attorney for Plaintiff

22 Dated: December 5, 2011              BENJAMIN B. WAGNER
                                        United States Attorney
23

24                                      By: /s/Elizabeth Barry
                                        (as authorized via e-mail)
25                                      ELIZABETH BARRY
                                        Special Assistant United States Attorney
26

27 ///

28 ///

ORDER

The stipulation is granted *nunc pro tunc* to reflect an extension of time from December 5, 2011 to December 19, 2011, for Plaintiff to file her confidential brief. Plaintiff shall submit her confidential brief to Defendant no later than December 19, 2011.

IT IS SO ORDERED.

**Dated:     February 2, 2012**            /s/ **Barbara A. McAuliffe**
                                                                    UNITED STATES MAGISTRATE JUDGE