Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Gayle Winter,<br>         Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br>         Defendant. | CASE NO. 1:11-CV-00977-AWI-BAM<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 14-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is December 5, 2011. The new due date will be December 19, 2011.  The scheduling order should be modified accordingly.

Dated: December 5, 2011                     /s/ Sengthiene Bosavanh

                                            SENGTHIENE BOSAVANH, ESQ.
                                            Attorney for Plaintiff

Dated: December 5, 2011                     BENJAMIN B. WAGNER
                                            United States Attorney


                                            By: /s/Elizabeth Barry
                                            (as authorized via e-mail)
                                            ELIZABETH BARRY
                                            Special Assistant United States Attorney

///

///

1  ORDER

2  The stipulation is granted *nunc pro tunc* to reflect an extension of time from December
3  5, 2011 to December 19, 2011, for Plaintiff to file her confidential brief. Plaintiff shall submit
4  her confidential brief to Defendant no later than December 19, 2011.

5  IT IS SO ORDERED.

6  **Dated:   February 2, 2012**              /s/ **Barbara A. McAuliffe**
7                                       UNITED STATES MAGISTRATE JUDGE