1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

GAYLE WINTER,

        Plaintiff,

   v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No.  1: 11-cv-00977-AWI-BAM

ORDER GRANTING A FIRST EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF

    Based on the stipulation of the parties (Doc. 20), Defendant shall have a 30-day extension, or until April 23, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

    IT IS SO ORDERED.

    **Dated:   March 21, 2012**          **/s/ Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE