UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| GAYLE WINTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1: 11-cv-00977-AWI-BAM<br><br>ORDER GRANTING A FIRST EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

　　　Based on the stipulation of the parties (Doc. 20), Defendant shall have a 30-day extension, or until April 23, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

　　　IT IS SO ORDERED.

　　　Dated:　**March 21, 2012**　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE