1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
                          **FRESNO DIVISION**
11
   GAYLE WINTER,                    )
12                                  )   Case No.  CIV-1:11-00977-AWI-BAM
            Plaintiff,              )
13                                  )   STIPULATION AND ORDER
        v.                          )   FOR A SECOND EXTENSION FOR
14                                  )   DEFENDANT TO FILE HIS OPPOSITION TO
   COMMISSIONER OF                  )   PLAINTIFF'S OPENING BRIEF
15 SOCIAL SECURITY,                 )
                                    )
16          Defendant.              )
                                    )
17 _____  )

18
19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until May 23, 2012, in which to file his

21 Opposition to Plaintiff's Opening Brief.

22 / / /

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: April 23, 2012     */s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: April 23, 2012   By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation, Defendant shall file its opposition brief/motion for summary judgment no later than **May 23, 2012.** Defendant is advised that requests for further extensions will be looked upon with disfavor.

IT IS SO ORDERED.

Dated:   April 23, 2012            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE